TERRY L. NICHOLS
Register No 08157-031
U.S. Penitentiary-ADX
P.O. Box 8500
Florence, CO. 81226

19 August 2024

Clerk of the Court
U.S. District Court
901 19th St. Rm. A-105
Denver, CO. 80294-3589

Case No. 96-CR-68-M

Dear Sir/Madam:

Enclosed are the following documents:

1. "MOTION TO NOTIFY THE COURT OF CHANGE IN DEFENDANT'S FINANCIAL CIRCUMSTANCES AND SET RESTITUTION PAYMENT SCHEDULE" including Declaration, Exhibits & certificate of Service.
2. A copy of my letter mailed to U.S. Attorneys Office notifying them of #1 above with copies of such.
3. My carbon copy of my MOTION (first page only)

REQUEST:

1. Please file my MOTION with the court; and
2. Please file stamp my carbon copy of my MOTION and return it to me for my records

THANK YOU

Respectfully,

[signature]

Terry L. Nichols

Terry L. Nichols
Register No. 08157-031
U.S. Penitentiary-ADX
P.O Box 8500
Florence, CO. 81226

19 August 2024

U.S. Attorneys Office
1801 California St., Suite 1600
Denver, Co. 80202

Dear Sir/Madam:

This letter is to notify you of a change in my financial/economic circumstances regarding my ability to pay on my court ordered restitution.

Also enclosed is a copy of my "MOTION TO NOTIFY THE COURT OF CHANGE IN DEFENDANT'S FINANCIAL CIRCUMSTANCES AND SET RESTITUTION PAYMENT SCHEDULE," including Declaration & exhibits I'm filing with the court.

Respectfully
[signature]
Terry L. Nichols
Register No. 08157-031
U.S. Penitentiary-ADX
P.O. Box 8500
Florence, CO. 81226

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: AUG 2 0 2024

"SPECIAL/LEGAL MAIL"

The enclosed letter was [illegible] through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If [illegible] question [illegible] problem over which this facility [illegible] jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Name: Terry L. Nichols
Reg No: 08157-031
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500




LEGAL MAIL

Clerk Of The Court
U.S. District Court
901 19th St. Rm. A-105
Denver, CO. 80294-3589