**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 96-cr-00068-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. TERRY L. NICHOLS,

Defendant.

---

ENTRY OF APPEARANCE

---

To: The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: The United States of America.

DATED at Denver, Colorado this _5th_ day of September, 2024.

MATTHEW T. KIRSCH
Acting United States Attorney

s/William B. Gillespie
***William B. Gillespie***
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Counsel for United States

CERTIFICATE OF MAILING

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to CM/ECF participants.

In addition, I hereby certify that I have mailed or faxed the document to the following non-CM/ECF participants:

Address of Defendant:

Terry L. Nichols
Register No. 08157-031
U.S. Penitentiary-ADX
PO Box 8500
Florence, CO 81226

s/ Javier Delgadillo_
U.S. Attorney's Office