IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00068-NYW-2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 28 2025
JEFFREY P. COLWELL
CLERK

UNITED STATES of AMERICA,
Plaintiff,

v.

TERRY L. NICHOLS,
Defendant.

---

SECOND SUPPLEMENTAL AMENDMENT TO DEFENDANT NICHOLS' RESTITUTION MOTION ①

---

## I. ADDITIONAL NEW INFORMATION

Mr. Nichols submits this additional new information to provide the Court with the latest facts that will significantly change Mr. Nichols' financial circumstances.

In Mr. Nichols' original filing (Doc# 7024) he noted on p. 9 of 13, Part "VII. ART INCOME NOT ASSURED" that on 07 August 2024 ADX Captain Sturgill (pronounced Sturhill) told Mr. Nichols he could no longer sign his paintings he submits to the local art show. Over the next few months Mr. Nichols discussed this issue with the Creative Arts Program (CAP) Coordinator Chaplain Reddick and was assured Mr. Nichols could continue to place his signature on his paintings as long as it was

---

① This SECOND SUPPLEMENT is to Mr. Nichols' "MOTION TO NOTIFY THE COURT OF CHANGE IN DEFENDANTS' FINANCIAL CIRCUMSTANCES AND SET RESTITUTION PAYMENT SCHEDULE" Doc# 7024.

covered during the art show, which Reddick would do. So Mr. Nichols submitted his paintings with signatures for the 2025 art show.

However on 07 August 2025 during executive rounds Captain Sturgill confronted Mr. Nichols about signing his paintings when he was told a year ago not to do so. It's now obvious the information Mr. Nichols received and relied on from the CAP's coordinator was wrong. Mr. Nichols will accept the blame for this mistake, and has learned he should have verified such with the captain rather than rely on a third party.

Also during the 07 August 2025 confrontation Captain Sturgill said "If you submit any future paintings with your signature for next year's art show then I will confiscate your paintings and destroy them."

The captain continued by stating "I'm not going to allow you to profit and enrich yourself from the sale of your paintings, and I better not see any of your paintings being sold on the internet."

The above statements and threats by Captain Sturgill assures that Mr. Nichols will not be submitting nor selling anymore of his paintings at the local art show. Mr. Nichols believes it's an artist's inherent obligation to identify his paintings with his signature or mark. The artist's signature or mark is an integral part of one's painting, it completes and adds value to the painting. For an artist not to sign his or her work is like leaving the center of the painting unfinished.

A signature or mark gives authenticity and provenance to the painting, without such it's worthless, and it's the owner/purchaser who would require such. No one is going to invest in unsigned paintings.

Lastly, Mr. Nichols would not be profiting nor enriching himself through the sale of his paintings. 18 USC § 3664(n) assures this. Mr. Nichols was only trying to be productive with his time, be a lighter burden on the government, and pay some on his financial obligation, but sadly Captain Sturgill does not see it that way.

## II. REQUEST

In the next 2 months Mr. Nichols should receive his portion of proceeds from the 2025 art shows. To Mr. Nichols' knowledge he will not be receiving any more funds② which will leave him indigent once those funds are exhausted (about a year).

So to have these funds last as long as possible Mr. Nichols prays and pleads with the Court to grant his request as stated in his original Motion (Doc #7024 p.12, top 2 ¶s) that's also stated in SUPPLEMENTAL AMENDMENT, Doc #7031, pp 5-6, "REQUEST."

I, Terry L. Nichols, declare pursuant to 28 USC § 1746, the above statements and facts to be true and correct.

Terry L Nichols signed 18 August 2025
Terry L. Nichols

② Mr. Nichols does receive ADX orderly pay of ~~$45~~ for 3 months a year (i.e. $15/mo).

# CERTIFICATE OF SERVICE

I, Terry L. Nichols, Register No. 08157-031, do hereby certify I mailed by First Class Mail, postage paid, my "SECOND SUPPLEMENTAL AMENDMENT TO DEFENDANT NICHOLS' RESTITUTION MOTION" (3pp) to the party listed below on 19 August 2025.

Mr. Matthew T. Kirsch
Acting U.S. Attorney
1801 California St., Suite 1600
Denver, CO. 80202

On this 19th day of August 2025

Respectfully,
[signature]
Terry L. Nichols
U.S. Penitentiary ADX
P.O. Box 8500
Florence, CO. 81226

TERRY L. NICHOLS
Register No. 08157-031
U.S. Penitentiary–ADX
P.O. Box 8500
Florence, CO. 81226

19 August 2025

Mr. Jeffrey P. Colwell
Clerk of the Court
U.S. District Court
901 19th St., Rm. A-105
Denver, CO. 80294-3589

Case No. 96-cr-00068-NYW-2

Dear Mr. Colwell:

Enclosed are the following documents:

1. "SECOND SUPPLEMENTAL AMENDMENT TO DEFENDANT NICHOLS' RESTITUTION MOTION"
2. My carbon copy of such document, first page only

REQUEST:

1. Please file with the Court the enclosed "SECOND SUPPLEMENTAL AMENDMENT... MOTION", and
2. Please file stamp date my carbon copy of such document (first page only) and return to me.

THANK YOU

Respectfully,

[signature]

Terry L. Nichols

Name: Terry L. Nichols
Reg. No.: 08157-031
US Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226

DENVER CO 802
26 AUG 2025 PM 5 L






Mr. Jeffrey P. Colwell
Clerk of the Court
U.S. District Court
901 19th St., Rm. A-105
Denver, CO. 80294-3589

LEGAL MAIL

80294-250151

FEDERAL PRISON CAMP
P.O. BOX 8500
FLORENCE, COLORADO 81226

DATE: AUG 22 2025

SPECIAL/LEGAL MAIL

The enclosed letter was processed through special mailing procedure for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.